IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO

Civil Action No. 14-cv-00102-AP

ULRICO VAZQUEZ RIVERA,

        Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

        Defendant.

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

### 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

    For Plaintiff:
        Steven U. Mullens
        Steven U. Mullens, P.C.
        1401 Court Street
        Pueblo, CO 81003
        (719) 546-1978
        sumullens@sumullens.com

    For Defendant:
        Thomas H. Kraus
        Special Assistant U.S. Attorney
        Assistant Regional Counsel
        Office of the General Counsel
        Social Security Administration
        1961 Stout Street, Suite 4169
        Denver, CO 80294-4003
        (303)844-0017
        Tom.Kraus@ssa.gov

### 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

3. DATES OF FILING OF RELEVANT PLEADINGS

    A.    Date Complaint Was Filed: 1/16/14

    B.    Date Complaint Was Served on U.S. Attorney's Office: 1/22/14

    C.    Date Answer and Administrative Record Were Filed: 3/21/14

4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

Plaintiff's attorney has reviewed the Administrative Record, and the Administrative Records appears to be complete. Defendants' counsel also believes the Administrative Record to be complete.

5. STATEMENT REGARDING ADDITIONAL EVIDENCE

No additional evidence is being submitted.

6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties do not believe this case raises any unusual claims or defenses.

7. OTHER MATTERS

None

8. BRIEFING SCHEDULE

Because of workload and scheduling conflicts, the parties respectfully respect briefing to commence later than 40 days after the filing of this Joint Case Management Plan, as follows:

    A.    Plaintiff's Opening Brief Due: May 31, 2014

    B.    Defendant's Response Brief Due: July 9, 2014

    C.    Plaintiff's Reply Brief (If Any) Due: July 23, 2014

# 9. STATEMENTS REGARDING ORAL ARGUMENT

  D. Plaintiff's Statement: No oral argument.

  E. Defendant's Statement: No oral argument

# 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice.*

  F. ( X ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

  G. ( ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

# 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only <u>upon a showing of good cause</u>.*

DATED this __10th__ day of April, 2014.

BY THE COURT:

s/ John L. Kane
U.S. DISTRICT COURT JUDGE

APPROVED:

UNITED STATES ATTORNEY

/s/ Steven U. Mullens
Steven U. Mullens
Steven U. Mullens, P.C.
1401 Court Street
Pueblo, CO 81003
Telephone: (719)546-1978
sumullens@sumullens.com
Attorney for Plaintiff

/s/ Thomas H. Kraus
By: Thomas H. Kraus
Special Assistant U.S. Attorney
Assistant Regional Counsel
Office of the General Counsel
Social Security Administration
1961 Stout Street, Suite 4169
Denver, CO 80294-4003
(303) 844-0017
Tom.kraus@ssa.gov
Attorney for Defendant(s)